## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>NINETEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ST. LUCIE</u>   COUNTY, FLORIDA

Case No.: <u>562020CA000847AXXXHC</u>
Judge: _____   Judge Barbara Bronis

<u>JOVANNA BASTIEN</u>
 Plaintiff
        vs.
<u>NBCUNIVERSAL MEDIA LLC</u>
Defendant

**II.    AMOUNT OF CLAIM**
  Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>150,000</u>

**III.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

| | |
|---|---|
| ☐ Condominium | ☐ Malpractice – other professional |
| ☐ Contracts and indebtedness | ☒ Other |
| ☐ Eminent domain | ☐ Antitrust/Trade Regulation |
| ☐ Auto negligence | ☐ Business Transaction |
| ☐ Negligence – other | ☐ Circuit Civil - Not Applicable |
|   ☐ Business governance | ☐ Constitutional challenge-statute or ordinance |
|   ☐ Business torts | ☐ Constitutional challenge-proposed amendment |
|   ☐ Environmental/Toxic tort | ☐ Corporate Trusts |
|   ☐ Third party indemnification | ☐ Discrimination-employment or other |
|   ☐ Construction defect | ☐ Insurance claims |
|   ☐ Mass tort | ☐ Intellectual property |
|   ☐ Negligent security | ☒ Libel/Slander |
|   ☐ Nursing home negligence | ☐ Shareholder derivative action |
|   ☐ Premises liability – commercial | ☐ Securities litigation |
|   ☐ Premises liability – residential | ☐ Trade secrets |
| ☐ Products liability | ☐ Trust litigation |
| ☐ Real Property/Mortgage foreclosure | |
|   ☐ Commercial foreclosure | ☐ County Civil |
|   ☐ Homestead residential foreclosure | ☐ Small Claims up to $8,000 |
|   ☐ Non-homestead residential foreclosure | ☐ Civil |
|   ☐ Other real property actions | ☐ Replevins |
| ☐ Professional malpractice | ☐ Evictions |
|   ☐ Malpractice – business | ☐ Other civil (non-monetary) |
|   ☐ Malpractice – medical | |

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV.  **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☐  Non-monetary declaratory or injunctive relief;
☒  Punitive

V.  **NUMBER OF CAUSES OF ACTION:**
(Specify)

<u>5</u>

VI.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐  Yes
☒  No

VII.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

VIII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒  Yes
☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:  <u>s/ Stephen A Black Black</u>
Attorney or party
FL Bar No.:  <u>889164</u>
(Bar number, if attorney)
<u>Stephen A Black Black</u>
(Type or print name)
Date:  <u>06/08/2020</u>

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY FLORIDA
CIVIL DIVISION

JOVANNA BASTIEN                              **DEMAND FOR JURY TRIAL**

           Plaintiff,                    **CASE NO:**

v.

NBCUNIVERSAL MEDIA, LLC,
a foreign corporation; and VERIZON MEDIA, INC,
a foreign corporation, and SARAH WHITTEN

           Defendants,

_____/

## COMPLAINT

    JOVANNA BASTIEN, Plaintiff, hereby sues Defendant NBCUNIVERSAL MEDIA LLC

(hereinafter referred to as the "NBC"), and sues VERIZON MEDIA, INC., (hereinafter referred to

as "VERIZON") and sues SARAH WHITTEN and as grounds thereof states as follows:

    1.    This is an action for damages that exceeds $30,000, exclusive of interest, costs and

attorney's fees.

    2.    At all material times hereto Plaintiff JOVANNA BASTIEN is a resident of St.

Lucie County, Florida

    3.    At all material times hereto Defendant NBCUNIVERSAL MEDIA LLC

(hereinafter referred to as "NBC" was a foreign corporation with its principal place of business

located at 30 Rockefeller Plaza, New York, N.Y. 10112.

1

4. At all material times hereto, Defendant VERIZON MEDIA INC. (hereinafter referred to as "VERIZON") was a foreign corporation with its principal place of business located at 770 Broadway, New York, N.Y. 10003.

5. At all material times hereto, Defendant SARAH WHITTEN was a resident of New Jersey and an employee of Defendant NBC and was the author of that article published September 9, 2018 as more particularly described herein.

6. At all times material hereto, Defendant NBC was authorized to do business in St. Lucie County, Florida and was doing business in St. Lucie county, Florida.

7. At all times material hereto, Defendant VERIZON was authorized to do business in St. Lucie County, Florida and was doing business in St Lucie County, Fl.

8. At all material times, VERIZON owns the YAHOO brand, which is one of VERIZON's many media brands that reach over 1 billion people worldwide, including YAHOO mail.

9. Al all times material hereto NBC's agents, employees and servants were acting within the course and scope of said employment, agency or servitude and as a result NBC is vicariously liable for the actions of said employees agents or servants.

10. At all material times, VERIZON's agents, employees and servants were acting within the course and scope of said employment, agency or servitude and as a result VERIZON is vicariously liable for the actions of said employees agents or servants.

11. Venue is proper in the Nineteenth Judicial Circuit as the Plaintiff resides in this County and Defendants NBC and VERIZON are doing business in this county.

12. All conditions required of Plaintiff have been met per Fl. Stat 770.01. Notice has been given to Defendants NBC, VERIZON and SARAH WHITTEN specifying the false and

2

defamatory subject matter at issue and said notices were sent to each defendant demanding a retraction within the prescribed 5 day time period prior to commencing this within action.

## FACTS COMMON TO ALL CAUSES OF ACTION

13. At all relevant times, Plaintiff JOVANNA BASTIEN worked as a cashier at McDonalds, not a party to this action, located at 3805 N. Lake Blvd., Palm Beach Gardens, Fl. 33406, between June 2014 and March 2015.

14. During Plaintiff's employment with McDonalds, a photographer by the name of JEFFREY GOLDBERG, not a party to this action, took Plaintiff's picture in her uniform while working at the cash register.

15. At all relevant times, Plaintiff never consented to having her picture taken by JEFFERY GOLDBERG, nor was she even aware that JEFFREY GOLDBERG took her picture.

16. On April 14, 2020, JASON RIVERA, Plaintiff's boyfriend, who is not a party to this action, was checking his YAHOO email and saw an email whose subject line stated **"Yahoo Daily Stories for Tuesday: Workers accuse McDonald's of sexual harassment."**

17. JASON RIVERA opened the email and to his utter surprise saw a large 2" by 2" color picture of his girlfriend, Plaintiff JOVANNA BASTIEN, in full uniform standing behind the McDonalds cash register. The large picture was prominently displayed above a caption that said: **"Workers accuse McDonalds of sexual harassment. McDonalds has been hit with a class-action lawsuit accusing it of subjecting female employees in Florida to widespread sexual harassment. Read More."**

3

18. JASON RIVERA asked Plaintiff JOVANNA BASTIEN if she was suing McDonalds. Plaintiff has never been the victim of sexual harassment at McDonalds or anywhere else and is not part of the class of sexual abuse victims that are suing McDonalds. Further, Plaintiff never gave VERIZON or anyone connected with VERIZON permission to use this or any other photograph in an article discussing sex abuse of McDonalds workers.

19. Plaintiff then scanned the Picture and entered the image in Google image search to see if this picture was anywhere else circulating on the internet. To her utter shock, the Co-Defendant herein, NBC, had also used *this exact same picture* prominently displayed in another sex abuse article, the title of which read: **McDonalds employees stage first #METOO strike.** The article is about how McDonalds employees are staging strikes to draw attention to sexual harassment at the restaurant chain. Plaintiff has never been the victim of sex abuse at McDonalds and is not part or has never had anything to do with the #METOO movement protesting sexual abuse. Further, Plaintiff never gave NBC or SARAH WHITTEN, or anyone associated with NBC permission to use this or any other photograph in an article discussing sex abuse and sex harassment of McDonalds employees.

20. Thereafter, Plaintiff JOVANNA BASTIEN contacted Defendant SARAH WHITTEN, the author who wrote the NBC story, demanding that the article be removed, which was thereafter removed.

21. After Plaintiff contacted JEFFREY GOLDBERG, the photographer, and told him that the picture he took of her was used in several stories regarding sex abuse in the work place, that she had absolutely nothing to do with, JEFFREY GOLDBERG replied that he never gave any permission for anyone he sold these photos to use them in such a derogatory manner.

4

## Count I

## Defamation by Implication

### (By Plaintiff against Defendant Verizon)

22.     Plaintiff repeats and realleges paragraphs 1 through 21 as if they were fully set forth at length herein.

23.     On or about April 14, 2020, YAHOO, a VERIZON media brand, sent emails (to at least hundreds of thousands, if not millions of YAHOO email account holders), a YAHOO daily news story about a class action lawsuit filed against the hamburger chain by McDonalds workers. The subject line in the email read: **"Yahoo Daily Stories for Tuesday: Workers accuse McDonalds of sexual harassment."**

24.     Upon opening up the email, the email recipient immediately saw a prominently displayed large 2" by 2" picture of Plaintiff in full McDonalds uniform working behind the cash register. The caption below Plaintiff's picture read: **"Workers accuse McDonalds of sexual harassment. McDonalds has been hit with a class lawsuit accusing it of subjecting female employees in Florida to widespread sexual harassment. Read More.** "When the viewer clicks on **"Read More",** the full article written by Brendan Pierson of Reuters, not a party to this action, can be viewed.

25.     Defendant VERIZON juxtaposed Plaintiff's picture next to this story that involved victims of sexual abuse and victims of sexual harassment. This picture was not selected at random. It was intentionally selected by Defendant VERIZON because Plaintiff fit the perfect profile of one likely to be sexually harassed. She was female, young, and pretty.

5

26.     This juxtaposition created the false impression and gave the false suggestion to readers that . Plaintiff was a victim of sexual abuse and sexual harassment. Furthermore, it also gave the impression that she was suing McDonalds.

27.     Defendant knew or should have known that this juxtaposition of Plaintiff's picture with the story would create a false impression and give the false suggestion that Plaintiff was a victim of sex harassment and that she was suing McDonalds for sexual abuse.

28.     Defendant also knew or should have known that Plaintiff had not been a victim of sexual abuse and sexual harassment at McDonalds and they knew or should have known that she was not part of the class action lawsuit.

29.     Defendant knew or should have known that by prominently displaying a large 2" by 2" picture of a young pretty female in an article about sexual harassment, that that would imply to anyone reading it that Plaintiff was involved with this news story.

30.     The truth was that Plaintiff was not nor had ever been the victim of sexual abuse and harassment at McDonalds and that she was not part of the class action lawsuit against McDonald's.

31.     The false suggestion and false impression that Defendant intended to plant in the minds of its readers that Plaintiff was a sexual abuse victim was no accident. VERIZON could have used a picture of the "Golden Arches", or an outside picture of a McDonalds or a wide angle panoramic shot of multiple employees behind the counter, but they didn't. Instead, they used a *close up photo of one employee*, who can be easily identified for the sole reason that she was young and female and pretty and fit the profile of one who the reader would think of being a sexual harassment victim.

32.     VERIZON could have put a *disclaimer* under the picture of Plaintiff which stated something like "*Person in the photograph is just a random employee and is not in any way*

6

*associated with this story or the contents thereof.*" They did not do that because VERIZON wanted to create the illusion in the mind of the reader that Plaintiff was part of the story to attract a larger readership upon seeing a young pretty female conspicuously featured.

33. The co-defendant in this action, NBC, also prominently displayed this *exact same picture* next to their article link and article about another sexual abuse story involving McDonalds. That story was published 18 months earlier and concerned thousands of McDonalds employees participating in a #METOO strike against McDonalds for alleged sexual abuse in the workplace.

34. As a direct and proximate result of Defendant VERIZON's acts and omissions to act, Plaintiff has suffered shame, humiliation, mental anguish and hurt feelings experienced in the past and to be experienced in the future. She knows that her personal reputation has suffered because of this false, misleading and defamatory conduct connecting her to victims of sex abuse and sexual harassment. Further, Plaintiff is entitled to know the extent of the damage done to her reputation. Plaintiff demands that an accounting be done to audit the size of the viewership of this publication and also demands that Defendant account for how much advertising revenue was generated from this false and misleading publication.

35. As a further direct and proximate result of Defendant's acts and omissions to act, Plaintiff has suffered damages to her reputation in the business community. Many future prospective employers of Plaintiff may have seen the defamatory news story, or many will see the defamatory VERIZON article by an internet background search. Consequently, said employers may not want to hire Plaintiff. It is common knowledge that prospective employers hold prospective employees in contempt, who have sued past employers. Plaintiff is 28 years old, holds a B.A. degree in criminal justice and currently works as a teacher's aide. Based on her age and future employment

7

prospects, Defendant's defamatory article will cause significant damage to Plaintiff's business reputation and considerable lost wages.

## Count II

### Defamation by Implication

### (By Plaintiff against Defendant NBC)

36.    Plaintiff repeats and realleges paragraphs 1 through 21 as if said paragraphs were fully set forth at length herein.

37. On or about September 18, 2018, Defendant NBC published an article link on the internet that showed a thumbnail picture of Plaintiff in her McDonalds uniform prominently displayed next to language that read:

**McDonalds employees to stage First #MeToo strike: CNBC.com..McDonalds employees staged a strike in 10 cities Tuesday to draw attention to sexual harassment at the Burger Giant…"**

38. When a reader clicks on the article link, the reader again sees Plaintiff's picture next to the full article. The picture is prominently displayed as a 2" by 2" photo above a caption and language that reads"

**McDonalds employees stage first #MeToo strike cnbc.com"**

**"Key Points:**

8

- **McDonalds employees staged a strike in 10 cities to draw attention to sexual harassment at the burger giant.**
- **Carrying signs that read '#MeToo McDonalds', hundreds of cooks and cashiers walked out on their jobs to gather and speak out, organizers said.**
- **Ten McDonalds employees have filed charges against the company, according to Law360, a subscription legal service. "**

39. Defendant NBC prominently juxtaposed Plaintiff's picture next to an article about victims of sexual abuse and victims of sexual harassment. This picture was not selected at random. It was intentionally selected by Defendant NBC because Plaintiff fit the perfect profile of one likely to be sexually harassed. She was female, young, and pretty.

40. Defendant also selected Plaintiff's picture because she fit the identical profile of a #MeToo victim-Female, young and pretty to give instant credibility to their article, thus attracting a larger reader audience.

41. This juxtaposition created the false impression and gave the false suggestion to readers that Plaintiff was a victim of sexual abuse and sexual harassment. Furthermore, it also gave the impression that she was participating in the #MeToo movement protests and labor strike against her employer.

42. Defendant knew or should have known that this juxtaposition of Plaintiff's picture with the story would create a false impression and give the false suggestion that Plaintiff was a victim of sex harassment and that she was a #MeToo movement protestor.

9

43. Defendant also knew or should have known that Plaintiff had not been a victim of sexual abuse and harassment at McDonalds and they knew or should have known that she was not part of the #MeToo movement protests.

44. Defendant knew or should have known that by displaying a prominent picture of a young, pretty female in an article about sexual harassment, that that would imply to anyone reading it that Plaintiff was involved with this news story.

45. The truth was that Plaintiff was not nor had ever been the victim of sexual abuse and harassment at McDonalds and that she was not part of the any #MeToo protests against her employer, McDonalds.

46. The false suggestion and false impression that Defendant NBC intended to plant in the minds of its readers that Plaintiff was a sexual abuse victim was no accident. NBC could have used a picture of the "Golden Arches", or an outside picture of a McDonalds or a wide-angle panoramic shot of multiple employees behind the counter, but they didn't. Instead, they used a *close up photo of one employee*, who can be easily identified for the sole reason that she was young and female and pretty and fit the profile of one who the reader would think of being a sexual harassment victim.

47. Defendant NBC could have put a *disclaimer* under the picture of Plaintiff which stated something like "*Person in the photograph is just a random employee and is not in any way associated with this story or the contents thereof*." They did not do that because NBC wanted to create the illusion in the mind of the reader that Plaintiff was part of the story to attract a larger readership after seeing a young pretty female conspicuously featured.

10

48. The co-defendant in this action, VERIZON, also prominently displayed *this exact same picture* next to their article about another sexual abuse story involving McDonalds, 18 months later. That story concerned a class action lawsuit by employees against McDonalds for alleged sexual abuse in the workplace.

49. As a direct and proximate result of Defendant NBC's acts and omissions to act, Plaintiff has suffered shame, humiliation, mental anguish and hurt feelings experienced in the past and to be experienced in the future. She knows that her reputation has suffered because of this false, misleading and defamatory conduct connecting her to sex abuse victims and sex harassment victims. Further, Plaintiff feels that the #MeToo movement is a politically motivated movement and not a legitimate women's rights movement and she doesn't want to be associated with it. Plaintiff is entitled to know the extent of the damage done to her reputation. Plaintiff demands that an accounting be done to audit the size of the viewership of this publication and also demands Defendant to account how much advertising revenue was generated from this false and misleading publication.

50. As a further direct and proximate result of Defendant's acts and omissions to act, Plaintiff has suffered damages to her reputation in the business community. Many future prospective employers of Plaintiff may have seen the defamatory news story, or many will see the NBC story by an internet background search. Consequently, said employers may not want to hire Plaintiff. It is common knowledge that employers hold prospective employees in contempt who have sued or who are involved in 'labor strikes" and "protests" against them, like the #MeToo movement strike. Plaintiff is 28 years old, holds a B.A. degree in criminal justice

11

and currently works as a teacher's aide. Based on her age and future employment prospects, Defendant's defamatory article will cause significant damage to Plaintiff's business reputation and considerable lost wages.

## Count III

### Defamation by Implication

#### (By Plaintiff against Defendant Sarah Whitten)

51. Plaintiff repeats and re-alleges paragraphs 1-21 as if those paragraphs were fully set forth at length herein.

52. On or about September 18, 2018, Defendant SARAH WHITTEN authored an article whose link showed a thumbnail picture of Plaintiff in her McDonalds uniform prominently displayed next to language that reads:

    **McDonalds employees to stage First #MeToo strike: CNBC.com..McDonalds employees staged a strike in 10 cities Tuesday to draw attention to sexual harassment at the Burger Giant..."**

53. When a reader clicks on the article link, the reader again sees Plaintiff's picture next to the full article. The picture is prominently displayed as a 2" by 2" photo above a caption and language that reads"

12

**McDonalds employees stage first #MeToo strike cnbc.com"**

**"Key Points:**

- **McDonalds employees staged a strike in 10 cities to draw attention to sexual harassment at the burger giant.**
- **Carrying signs that read '#MeToo McDonalds', hundreds of cooks and cashiers walked out on their jobs to gather and speak out, organizers said.**
- **Ten McDonalds employees have filed charges against the company, according to Law360, a subscription legal service. "**

54. Defendant SARAH WHITTEN prominently juxtaposed Plaintiff's picture next to an article about victims of sexual abuse and victims of sexual harassment. This picture was not selected at random. It was intentionally selected by Defendant SARAH WHITTEN because Plaintiff fit the perfect profile of one likely to be sexually harassed. She was female, young, and pretty.

55. Defendant SARAH WHITTEN also selected Plaintiff's picture because she fit the identical profile of a #MeToo victim-Female, young and pretty to give instant credibility to her article, thus attracting a larger reader audience.

56. This juxtaposition created the false impression and gave the false suggestion to readers that Plaintiff was a victim of sexual abuse and sexual harassment. Furthermore, it also gave the impression that she was participating in the #MeToo movement protests and labor strike against her employer.

57. Defendant SARAH WHITTEN knew or should have known that this juxtaposition of Plaintiff's picture with the story would create a false impression and give the false

13

suggestion that Plaintiff was a victim of sex harassment and that she was a #MeToo movement protestor.

58. Defendant SARAH WHITTEN also knew or should have known that Plaintiff had not been a victim of sexual abuse and harassment at McDonalds and she knew or should have known that she was not part of the #MeToo movement protests.

59. Defendant knew or should have known that by displaying a prominent picture of a young, pretty female in an article about sexual harassment, that that would imply to anyone reading it that Plaintiff was involved with this news story.

60. The truth was that Plaintiff was not nor had ever been the victim of sexual abuse and harassment at McDonalds and that she was not part of the any #MeToo protests or labor strikes against her employer, McDonalds.

61. The false suggestion and false impression that Defendant SARAH WHITTEN intended to plant in the minds of its readers that Plaintiff was a sexual abuse victim was no accident. SARAH WHITTEN could have used a picture of the "Golden Arches", or an outside picture of a McDonalds or a wide-angle panoramic shot of multiple employees behind the counter, but they didn't. Instead, she used a *close up photo of one employee*, who can be easily identified for the sole reason that she was young and female and pretty and fit the profile of one who the reader would think of being a sexual harassment victim.

62. Defendant SARAH WHITTEN could have put a *disclaimer* under the picture of Plaintiff which stated something like "*Person in the photograph is just a random employee and is not in any way associated with this story or the contents thereof.*" Defendant did not do that because SARAH WHITTEN wanted to create the illusion in the mind of the reader

14

that Plaintiff was part of the story to attract a larger readership after seeing a young pretty female conspicuously featured.

63. The co-defendant in this action, VERIZON, also prominently displayed *this exact same picture* next to their article about another sexual abuse story involving McDonalds, 18 months later. That story concerned a class action lawsuit by employees against McDonalds for alleged sexual abuse in the workplace.

64. As a direct and proximate result of Defendant SARAH WHITTEN's acts and omissions to act, Plaintiff has suffered shame, humiliation, mental anguish and hurt feelings experienced in the past and to be experienced in the future. She knows that her reputation has suffered because of this false, misleading and defamatory conduct connecting her to sex abuse victims and sex harassment victims. Further, Plaintiff feels that the #MeToo movement is a politically driven movement and not a legitimate women's rights movement and she doesn't want to be associated with it. Plaintiff is entitled to know the extent of the damage done to her reputation. Plaintiff demands that an accounting be done to audit the size of the viewership of this publication and also demands Defendant to account how much advertising revenue was generated from this false and misleading publication.

65. As a further direct and proximate result of Defendant's acts and omissions to act, Plaintiff has suffered damages to her reputation in the business community. Many future prospective employers of Plaintiff may have seen the defamatory news story, or many will see the NBC story by an internet background search. Consequently, said employers may not want to hire

15

Plaintiff. It is common knowledge that employers hold prospective employees in contempt who have sued or who are involved in 'labor strikes" and "protests" against them, like the #MeToo movement strike. Plaintiff is 28 years old, holds a B.A. degree in criminal justice and currently works as a teacher's aide. Based on her age and future employment prospects, Defendant's defamatory article will cause significant damage to Plaintiff's business reputation and considerable lost wages.

## Count IV

### Violation of Fl. Stat 540.08

(By Plaintiff against Defendant Verizon)

66. Plaintiff re-alleges paragraphs 1 through 21 and incorporates same by reference as if those paragraphs were fully set forth at length herein.

67. Defendant VERIZON published, printed displayed or otherwise publicly used Plaintiff's likeness and image, without her express written or oral consent, for purposes of trade or for other commercial or advertising purposes by among other thing: a) using Plaintiff's image and likeness and utilizing it for a photo for an article featuring victims of sex abuse in the workplace. b) using Plaintiff's image and likeness and uploading it to the internet sites owned and operated by VERIZON and c) sending out hundreds of thousands and possibly millions of emails to its YAHOO email account holders which prominently displayed a 2" by 2" picture of Plaintiff's image and likeness featured next to a story about women who were victims of sex abuse in the workplace.

16

68. The foregoing acts by VERIZON are in violation of Fl. State 540.08 and have damaged Plaintiff. Plaintiff is entitled to statutory damages as follows: a) actual damage which would have been a reasonable royalty for the use of Plaintiff's image corroborated via a third party accounting of all click advertising revenue generated by the misappropriation of Plaintiff's image and likeness. b) punitive damages as provided by law and c) temporary and permanent injunctive relief to enjoin the unauthorized use of Plaintiff's likeness and image.

## Count V

### Violation of Fl. Stat 540.08

(By Plaintiff against Defendant NBC)

69. Plaintiff repeats and re-alleges paragraphs 1-21 as if those paragraphs are fully set forth at length herein.

70. Defendant NBC published, printed displayed or otherwise publicly used Plaintiff's likeness and image, without her express written or oral consent, for purposes of trade or for other commercial or advertising purposes by among other thing: a) using Plaintiff's image and likeness and utilizing it for an article featuring victims of sex abuse in the workplace and b) using Plaintiff's image and likeness and uploading it to the internet sites owned and operated by NBC.

71. The foregoing acts by NBC are in violation of Fl. State 540.08 and have damaged Plaintiff. Plaintiff is entitled to statutory damages as follows: a) actual damage which would have been a reasonable royalty for the use of Plaintiff's image corroborated by a third party accounting of all click advertising revenue generated by the misappropriation of Plaintiff's

17

image and likeness to ascertain that royalty b) punitive damages as provided by law and c) temporary and permanent injunctive relief to enjoin the unauthorized use of Plaintiff's likeness and image.

## DEMAND FOR JURY TRIAL

Plaintiff JOVANNA BASTIEN, hereby demands a Trial by Jury on all issues triable.

Respectfully submitted

S/Marshall Rosebach, Esq.
Law Office of Marshall Rosenbach
FBN: 698032
11430 U.S. Highway 1
North Palm Beach, Fl. 33408
P: (561) 627-8990
marshall@marshallrosenbach.com
*Co-counsel for Plaintiff*

*S/Stephen Black*
Stephen A. Black, Esq.
FBN: 0889164
Law Office of Stephen A. Black
2750 Taylor Ave. Suite A-01
Orlando, FL 32806
P: 407-581-2581
Lawshark78 @aol.com
*Co-counsel for Plaintiff*

18

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL DIVISION

JOVANNA BASTIEN,

        Plaintiff,

v.                                                            **Case No.**

NBCUNIVERSAL MEDIA, LLC,
a foreign corporation, and VERIZON MEDIA INC.,
, a foreign corporation and SARAH WHITTEN

        Defendant(s).

_____/

## **PLAINTIFF, JOVANNA BASTIEN'S, FIRST SET OF INTERROGATORIES TO DEFENDANT NBCUNIVERSAL MEDIA LLC**

## **DEFINITIONS**

1. Response to any interrogatory shall be by reference to a document. The terms document or documents shall mean all original writings of any nature whatsoever and all non-identical copies thereof in your possession, custody and control, regardless of where located, and regardless of whether printed or reproduced by any process or written and/or produced by hand, or stored in any form of mechanical or electronic information retrieval system including computer data files and whether or not claimed to be privileged or otherwise excludable from discovery, and including but not limited to, contracts agreements records tape recordings correspondence memoranda communications reports studies summaries of correspondence, calendars compilations abstracts minutes or records of all meetings, including directors shareholders and executive officer meetings notes agenda bulletins notices announcements statements instructions charts manuals brochures schedules price lists papers books accounts letters photographs digital images objects transcripts of oral statements court papers or any other intangible thing. It shall be used in its broadest sense to include any medium upon which information can be recorded.

1

2. The terms concerning or concerns as used herein means referred or referring to, alluded or alluding to, related or relating to, connected with, regarding, describing, or reflecting.

3. The terms you or your as used herein shall mean the party to whom these are directed and each and every name by which said party is known or has been known and all present and former agents, employee's representative's attorneys and all other persons acting on behalf of said party and may also include the original lender as defined herein.

4. The term person as used herein means the plural as well as the singular and shall include any natural person, corporation partnership joint venture association governmental agency and every form of entity recognized by law.

5. The terms and or shall be both conjunctive and disjunctive.

## INSTRUCTIONS

1. Pursuant to Rule 1.280(b)(4) of the Florida Rules of Civil Procedure, if you object to answering any interrogatory or fail to fully respond to any interrogatory on the grounds of privilege or protection of trial preparation material, you are required to: (a) make the claim directly, (b) describe the nature of the documents, communications, or things not produced or disclosed in a manner that, without revealing information itself privileged or protected will enable the party propounding these interrogatories to assess the applicability of the privilege or protection.

2. When an interrogatory requests the identification of any person, for each such person, state the persons (a) full name (b) current residential address and (c) telephone number.

3. When an interrogatory requests the identification of any document, state separately for each such documents: (a) the title or description of the document, (b) the date of

2

the document, and (c) the person presently having custody, control or possession of the original and all copies.

.

.

4. When the space provided is insufficient to fully answer any interrogatory, please attach additional pages and indicate the precise interrogatory and support to which the answer responds.

5. Use each answer to each interrogatory to accurately set forth the sum total of all facts known to you or anyone acting on your behalf, and include such facts as reasonably relate to the subject matter of each interrogatory.

6. When answering these interrogatories, you shall use reasonable efforts to identify and provide such facts as are within your personal knowledge as well as any facts as are reasonably available to you or any person acting on your behalf.

7. The "subject photograph" or "subject photo" refers to that photograph of Plaintiff JOVANNA BASTIEN that was used for publication by Defendant in connection with the story of the #MeToo strike by McDonalds employees as more particularly described in Plaintiff's Complaint.

8. The "subject article" refers to that news article that was published alongside the "subject photograph" of Plaintiff by Defendant in connection with the story of the #MeToo strike by McDonalds employees, as more particularly described in Plaintiff's Complaint.

9. The Co-Defendant VERIZON MEDIA INC, will at all times relevant hereto be referred to as YAHOO.

10. The Defendant NBCUNIVERSAL MEDIA LLC, will at all times relevant hereto be referred to as NBC.

3

## INTERROGATORIES

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2. List all former names and when you were known by those names. State all addresses where you have lived for the past 10 years, the dates you lived at each address, your social security number and your date of birth.

4

3.  Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction, the specific crime and the date and place of conviction.

4.  Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of the policy, and the name and address of the custodian of the policy.

5.  Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

5

6.  Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

7.  State the facts upon which you rely for each affirmative defense in your answer.

8.  Do you contend any person or entity other than you is, or may be, liable in whole or in part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

6

9. Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding the charge, and if so what is the name and address of the person or entity who prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing or other proceeding on the charge recorded in any manner, and, if so, what is the name and address of the person who recorded the testimony?

10. List the names and addresses of all persons who are believed or known by you, your agents or your attorneys to have knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

11. Have you ever heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

12. State the name and address of every person known to you, your agents or your attorneys who has knowledge about or possession custody or control of any model plat map drawing motion picture videotape or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item each person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

8

13. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds of each opinion.

14. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so state the terms of the agreement and the parties to it.

15. Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than in the present matter, and if so state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

9

16. What was the name address and phone number of the photographer who took the subject photograph of Plaintiff that was published in connection with the story regarding the #MeToo strike by McDonalds employees?

17. Provide the name, address and telephone number of the person who you paid to purchase the subject photograph (and the amount of said payment) that was used for publication in connection with the story regarding the #MeToo strike by McDonalds employees

18. What are your policies and procedures in effect for selecting a photograph to be used for publication in connection with any news story?

10

19. Where does the search for any particular photograph that is to be used in connection with any publication begin and where does the search end?

20. Why was a close up picture of a young pretty female McDonalds employee used for a story about sexual abuse in the work place?

21. Could you explain how both you, (NBC) and your Co-Defendant (YAHOO) in this action published the **exact same photograph of Plaintiff** in connection with 2 entirely different and unrelated sex abuse stories of McDonalds workers?

11

22. Please explain why a disclaimer underneath the subject photograph of Plaintiff was
    not used that would convey to wit: *That the person depicted in the photo is a random
    employee and is not connected with this story*?

23. What was the name, address and phone number of the person who selected the
    subject photograph of Plaintiff that was used in connection with your story regarding
    the #MeToo strike by McDonalds employees?

24. What was the name, address and phone number of the supervisor of that person
    identified in Interrogatory # 23, who selected the subject photograph of Plaintiff used
    in connection with your story regarding the #MeToo strike by McDonalds
    employees?

12

25. What was the name, address and phone number of the person who had the authority to finally approve the selection of the subject photograph of Plaintiff used in connection with your story regarding the #MeToo strike by McDonalds employees?

26. How much advertising revenue was generated from publication of your story on the #MeToo strike by McDonalds employees that included the subject photograph of Plaintiff; and what accounting method was used to arrive at that result?

27. How many people viewed the subject story that you used for publication that included the subject photograph of Plaintiff and how was that result determined?

13

28. What efforts were made by you to ascertain whether Plaintiff was taking part in the #MeToo strike against McDonalds by McDonalds workers?

29. What is your policy on protecting the privacy of women who come forward with sexual harassment allegations? Do you have a policy of publicly releasing the identities and pictures of women who come forward with sexual abuse and sexual harassment allegations?

14

AFFIANT SIGNATURE

Printed name of affiant

STATE OF FLORIDA

COUNTY OF _____

    The foregoing instrument, Answers to Interrogatories, was acknowledged before me this _____ day of _____, 2020, by _____, who is personally known to me or who has produced _____(type of identification) as identification and who did take an oath, and deposes and says that the foregoing Answers to interrogatories are true and correct to the best of his knowledge and belief.

Notary Public, State of Florida

(Affix Notary Stamp)

15

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA CIVIL DIVISION

JOVANNA BASTIEN,

                    Plaintiff,                Case No.    **562020CA000847AXXXHC**

                                                          Judge Barbara Bronis

vs.

NBCUNIVERSAL MEDIA LLC,
a foreign corporation; and VERIZON MEDIA INC.,
, a foreign corporation, and SARAH
WHITTEN

                    Defendants,

_____

## SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State:

 YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on:

Defendant: **NBCUNIVERSAL MEDIA LLC**.
**c/o**      **C T CORPORATION SYSTEM**

Address:   **1200 SOUTH PINE ISLAND ROAD**

City,State**: Plantation, Fl. 33324**

Each defendant is **required** to serve written defenses to the complaint on Plaintiff's attorneys whose addresses are: **Stephen Black, Esq. 2750 Taylor Ave, Ste. A-01, Orlando, Fl. 32806 and Marshall Rosenbach, Esq., 11430 U.S. Highway 1, North Palm Beach, Fl. 33408,** within 20 days after service of this summons on that defendant, exclusive of the day of service, **and** to file the original of the defenses with the Clerk of this within styled Circuit Court either before service on plaintiff or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED: _____        **CLERK OF COURT**

(Seal)

1

BY: _____

DEPUTY CLERK

<u>IMPORTANT</u>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA CIVIL DIVISION

JOVANNA BASTIEN,

               Plaintiff,             Case No.     562020CA000847AXXXHC

                                                     Judge Barbara Bronis

vs.

NBCUNIVERSAL MEDIA LLC,
a foreign corporation; and VERIZON MEDIA INC.,
, a foreign corporation, and SARAH
WHITTEN

               Defendants,

_____

## SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State:

 YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on:

Defendant: **NBCUNIVERSAL MEDIA LLC**.
**c/o      C T CORPORATION SYSTEM**

Address:   **1200 SOUTH PINE ISLAND ROAD**

City,State**: Plantation, Fl. 33324**

Each defendant is **required** to serve written defenses to the complaint on Plaintiff's attorneys whose addresses are: **Stephen Black, Esq. 2750 Taylor Ave, Ste. A-01, Orlando, Fl. 32806 and Marshall Rosenbach, Esq., 11430 U.S. Highway 1, North Palm Beach, Fl. 33408,** within 20 days after service of this summons on that defendant, exclusive of the day of service, **and** to file the original of the defenses with the Clerk of this within styled Circuit Court either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED: _____ *6/8/2020*          JOSEPH E. SMITH, CLERK OF THE CIRCUIT COURT

(Seal)

1

BY: _____

DEPUTY CLERK

<u>IMPORTANT</u>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

Filing # 108500213 E-Filed 06/08/2020 09:54:26 AM

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL
## CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA
## CIVIL DIVISION

JOVANNA BASTIEN,

                 Plaintiff,            Case No.     **562020CA000847AXXXHC**

                                              Judge Barbara Bronis

vs.

NBCUNIVERSAL MEDIA LLC,
a foreign corporation; and VERIZON MEDIA INC.,
, a foreign corporation, and SARAH
WHITTEN

                 Defendants,

_____

## SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State:

  YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action
on:

Defendant: **NBCUNIVERSAL MEDIA LLC.**
c/o      **C T CORPORATION SYSTEM**

Address:   **1200 SOUTH PINE ISLAND ROAD**

City,State:  **Plantation, Fl. 33324**


Each defendant is **required** to serve written defenses to the complaint on Plaintiff's attorneys
whose addresses are: **Stephen Black, Esq. 2750 Taylor Ave, Ste. A-01, Orlando, Fl. 32806
and Marshall Rosenbach, Esq., 11430 U.S. Highway 1, North Palm Beach, Fl. 33408,** within
20 days after service of this summons on that defendant, exclusive of the day of service, **and** to
file the original of the defenses with the Clerk of this within styled Circuit Court either before
service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be
entered against that defendant for the relief demanded in the complaint.


DATED: _____**6/8/2020**_____         JOSEPH E. SMITH, CLERK OF THE CIRCUIT COURT

(Seal)

1

BY: W. Heron
DEPUTY CLERK

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL
# CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA
# CIVIL DIVISION

JOVANNA BASTIEN,

                    Plaintiff,           Case No.    **562020CA000847AXXXHC**

                                                    Judge Barbara Bronis

vs.

NBCUNIVERSAL MEDIA LLC,
a foreign corporation; and VERIZON MEDIA INC.,
, a foreign corporation, and SARAH
WHITTEN

                    Defendants,

_____

## SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State:

 YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on:

Defendant: **VERIZON MEDIA INC.**
**c/o**        **C T CORPORATION SYSTEM**

Address:   **1200 SOUTH PINE ISLAND ROAD**

City,State**:  Plantation, Fl. 33324**

Each defendant is **required** to serve written defenses to the complaint on Plaintiff's attorneys whose addresses are: **Stephen Black, Esq. 2750 Taylor Ave, Ste. A-01, Orlando, Fl. 32806 and Marshall Rosenbach, Esq., 11430 U.S. Highway 1, North Palm Beach, Fl. 33408,** within 20 days after service of this summons on that defendant, exclusive of the day of service, **and** to file the original of the defenses with the Clerk of this within styled Circuit Court either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED: _____          **CLERK OF COURT**

(Seal)

BY: _____

DEPUTY CLERK

<u>IMPORTANT</u>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA CIVIL DIVISION

JOVANNA BASTIEN,

                    Plaintiff,                          Case No.        562020CA000847AXXXHC

                                                                        Judge Barbara Bronis

vs.

NBCUNIVERSAL MEDIA LLC,
a foreign corporation; and VERIZON MEDIA INC.,
, a foreign corporation, and SARAH
WHITTEN

                    Defendants,

_____

## SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State:

 YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on:

Defendant: **VERIZON MEDIA INC.**
**c/o**        **C T CORPORATION SYSTEM**

Address:   **1200 SOUTH PINE ISLAND ROAD**

City,State**: Plantation, Fl. 33324**

Each defendant is **required** to serve written defenses to the complaint on Plaintiff's attorneys whose addresses are: **Stephen Black, Esq. 2750 Taylor Ave, Ste. A-01, Orlando, Fl. 32806 and Marshall Rosenbach, Esq., 11430 U.S. Highway 1, North Palm Beach, Fl. 33408,** within 20 days after service of this summons on that defendant, exclusive of the day of service, **and to** file the original of the defenses with the Clerk of this within styled Circuit Court either before service on plaintiff or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED: _____ *6/8/2020* _____          **CLERK OF COURT**

(Seal)

1

BY: _W. Heron_____

<u>IMPORTANT</u>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA CIVIL DIVISION

JOVANNA BASTIEN,

                  Plaintiff,                Case No.    562020CA000847AXXXHC

                                                            Judge Barbara Bronis

vs.

NBCUNIVERSAL MEDIA LLC,
a foreign corporation; and VERIZON MEDIA INC.,
a foreign corporation, and SARAH
WHITTEN

                  Defendants,

_____

## SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State:

 YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on:

Defendant: **SARAH WHITTEN c/o**
               **NBCUNIVERSAL MEDIA LLC**

Address:    **900 SYLVAN AVE.**

City,State: **ENGLEWOOD CLIFFS, N.J. 07632**

Each defendant is **required** to serve written defenses to the complaint on Plaintiff's attorneys whose addresses are: **Stephen Black, Esq. 2750 Taylor Ave, Ste. A-01, Orlando, Fl. 32806 and Marshall Rosenbach, Esq., 11430 U.S. Highway 1, North Palm Beach, Fl. 33408,** within 20 days after service of this summons on that defendant, exclusive of the day of service, **and** to file the original of the defenses with the Clerk of this within styled Circuit Court either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED: _____         **CLERK OF COURT**

(Seal)

1

BY: _____

DEPUTY CLERK

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA CIVIL DIVISION

JOVANNA BASTIEN,

     Plaintiff,      Case No.  562020CA000847AXXXHC

                  Judge Barbara Bronis

vs.

NBCUNIVERSAL MEDIA LLC,
a foreign corporation; and VERIZON MEDIA INC.,
a foreign corporation, and SARAH
WHITTEN

      Defendants,

_____

## SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State:

 YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on:

Defendant: **SARAH WHITTEN c/o**
      **NBCUNIVERSAL MEDIA LLC**
Address:  **900 SYLVAN AVE.**

City,State: **ENGLEWOOD CLIFFS, N.J. 07632**

Each defendant is **required** to serve written defenses to the complaint on Plaintiff's attorneys whose addresses are: **Stephen Black, Esq. 2750 Taylor Ave, Ste. A-01, Orlando, Fl. 32806 and Marshall Rosenbach, Esq., 11430 U.S. Highway 1, North Palm Beach, Fl. 33408,** within 20 days after service of this summons on that defendant, exclusive of the day of service, **and** to file the original of the defenses with the Clerk of this within styled Circuit Court either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

DATED: _____6/8/2020_____  JOSEPH E. SMITH, CLERK OF THE CIRCUIT COURT

(Seal)

1

BY: _W. Heron_

DEPUTY CLERK

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l.assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d.autres obligations juridiques et vous pouvez requerir les services immediats d.un avocat. Si vous ne connaissez pas d.avocat, vous pourriez telephoner a un service de reference d.avocats ou a un bureau d.assistance juridique (figurant a l.annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.